

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2013

No. 04-12-00754-CV

John A. **LANCE** and Debra L. Lance,
Appellants

v.

Judith and Terry **ROBINSON,** Gary and Brenda Fest, Virginia Gray, and Butch Townsend,
Appellees

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CV-12-209
The Honorable N. Keith Williams, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2013.

_____
Keith E. Hottle
Clerk of Court